**\*\*E-filed 11/30/09\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL COOK,

        Plaintiff,

  v.

UNITED STATES OF AMERICA, et al,

        Defendants.
_____/

**No. C  09-2467 RS**

**ORDER GRANTING MOTION TO DISMISS AND DENYING REQUEST FOR ORDER TO SHOW CAUSE.**

      This case was opened at the same time as Case No. 09-2466 RS, when plaintiff Michael Cook, appearing *pro se*, attempted to file a number of pleadings seeking relief in Case No. C 07-5085 RS.  The document that the Clerk's office construed as a complaint herein is entitled "Motion for Injunctive Relief" and appears primarily to be directed at obtaining copies of certain medical records pertaining to plaintiff, which he believes exist in the files of the Social Security Administration ("SSA").  The motion makes reference to plaintiff's ongoing contentions that he is entitled to recover several Supplemental Social Security Income ("SSI") checks, but also asserts that the medical records are relevant to petitions for a writ of *habeas corpus* in state and federal courts.

      The Government moves to dismiss this action, submitting an identical copy of the motion papers it filed in Case No. 09-2466 RS.  Because nothing in those papers addresses the fact that plaintiff appears to be seeking different or additional relief in this proceeding, they are of limited assistance to the Court.  Nevertheless, dismissal is appropriate.  Had plaintiff's pleading been filed

1  in Case No. C 07-5085 RS as he intended, it would have been treated as a motion that failed to
2  establish a basis for the relief requested.  Even deeming it as a separate complaint seeking
3  injunctive relief or damages, plaintiff has failed to state a claim and has failed to allege facts
4  showing that he has exhausted his administrative remedies either to pursue a tort claim or for
5  challenging a final administrative decision regarding the payment of benefits.[1]

6  That said, Counsel for the Government is hereby directed to review the contentions made by plaintiff in this action and to make reasonable inquiry with the SSA to determine if there are any medical records to which plaintiff would be entitled, and to make reasonable efforts to facilitate plaintiff obtaining copies of such records, if any exist.  This order does not preclude the SSA from imposing such charges for copies of records as it may usually assess, nor does it require the SSA to make available any document not ordinarily available upon properly-submitted request.

Finally, the Government's request for an order to show cause as to why plaintiff should not be declared a vexatious litigant is denied, for the reasons previously explained in Case No. 09-2466 RS.  The Clerk is directed to close this file.

IT IS SO ORDERED.

Dated: November 30, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

---

[1] See Order in Case No. C 09-2466 RS issued November 30, 2009 for further detail regarding the status of plaintiff's administrative appeal and his potential right to seek judicial review should he be dissatisfied with the outcome of that appeal.

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

James A. Scharf    james.scharf@usdoj.gov, mimi.lam@usdoj.gov

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Michael Cook
T-79529
D2-209
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA 93960-1050

DATED:   November 30, 2009

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3

No. C 09-2467 RS
ORDER